# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143539 & (10)(11)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ANTHONY ROBERT GENE HOFFMAN,
    Defendant-Appellant.

SC: 143539
COA: 302254
Genesee CC: 10-027105-FC

_____/

On order of the Court, the application for leave to appeal the July 20, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to add issue is DENIED. The motion for stay of proceedings is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

y1219